UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELODY ANNE RECKTENWALD, | ) |
| | ) CASE NO. C2:13-CV-1925-RAJ-JLW |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER REVERSING |
| | ) COMMISSIONER AND REMANDING |
| CAROLYN W. COLVIN, Acting | ) WITH INSTRUCTIONS |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The Court has reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge John L. Weinberg and notes that no one has objected to the R&R.   The court ADOPTS the R&R (Dkt. # 20), REMANDS this action to the Social Security Administration for further proceedings consistent with the R&R, and directs the clerk to enter judgment for Plaintiff.

On remand, the ALJ shall take the following steps:

1. Reassess Plaintiff's severe impairments at step two, including a finding that Plaintiff's fibromyalgia is a medically determinable impairment and a severe impairment;

2. Weigh and consider the additional opinions of Drs. Czysz and Widlan;

3. Credit-as-true Plaintiff's pain and other symptom allegations;

ORDER REVERSING COMMISSIONER
PAGE -1

4. Determine what limitations are associated with Plaintiff's fibromyalgia and other severe impairments, securing additional expert opinion if necessary;

5. Formulate a new RFC based on the record and corrections as discussed above;

6. Consult a vocational expert to determine whether there are jobs Plaintiff could perform based on the revised RFC.

The Clerk shall ensure that Judge Weinberg receives notice of this order.

DATED this 29th day of September, 2014.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER REVERSING COMMISSIONER
PAGE -2